# United States Court of Appeals
## For the First Circuit

Nos. 08-1602, 08-1603

INSITUFORM TECHNOLOGIES, INC,

Plaintiff, Appellee/Cross-Appellant,

v.

AMERICAN HOME ASSURANCE COMPANY,

Defendant, Appellant/Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 22, 2009, should be amended as follows.

On page 8, last line of footnote 2, replace "Insituform, 2007 WL 2900469, at *3." with "Insituform Techs., Inc. v. Am. Home Assurance Co., No. 04-10487, 2007 WL 2900469, at *3 (D.Mass. Sept. 28, 2007).".

On page 11, line 1 of 1st full paragraph, replace "United National Ins. Co." with "United National Insurance Co.".

On page 12, line 4 of 1st full paragraph, insert "the" before "American".